LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners United States of America
and Revenue Officer Dennis Stiffler

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>THOMAS SMITH,<br><br>　　　　　Respondent. | 1:09-cv-00584-LJO-SMS<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SUMMONSES**<br><br>Date: June 5, 2009<br>Time: 9:30 a.m.<br>Ctrm: 7 |

Upon review of Petitioners United States of America and Revenue Officer Dennis Stiffler's Petition to Enforce Internal Revenue Service Summonses, and the Memorandum of Points and Authorities and Declaration of Dennis Stiffler filed in support of the petition,

IT IS HEREBY ORDERED that Respondent Thomas Smith ("Respondent") appear before the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California, in Courtroom No. 7, on the 5th day of June, 2009, at 9:30 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him on November 3, 2008 and attached to the Declaration of Dennis Stiffler.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy of each of the Petition to Enforce Internal Revenue Service Summonses, and the Memorandum of Points and Authorities and Declaration of Dennis Stiffler filed in support of the petition, shall be served upon Respondent on or before May 8, 2009.

IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summonses, supported by the appropriate declaration(s), as well as any motions Respondent desires to make. The United States may file a reply. All motions and issues raised by the respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summonses will be deemed admitted. Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declarations(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

Dated: __April 6, 2009__     _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER TO SHOW CAUSE