LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners United States of America
and Revenue Officer Dennis Stiffler

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service, <br><br> Petitioners, <br><br> v. <br><br> THOMAS SMITH, <br><br> Respondent. | 1:09-cv-00584-LJO-SMS <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING IRS SUMMONSES** <br><br> Taxpayer: THOMAS SMITH |

     The United States and Revenue Officer Dennis Stiffler here petition for enforcement of IRS summonses. The matter was placed before United States Magistrate Judge Sandra M. Snyder under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On April 6, 2009, Judge Snyder issued an Order to Show Cause, ordering the respondent, Thomas Smith, to show cause why the IRS summonses issued to him on November 3, 2008, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were properly served upon the respondent. Respondent did not file an opposition to enforcement under ¶ 4, p. 2, of the Order to Show Cause.

     Because Judge Snyder was unavailable, Magistrate Judge Dennis L. Beck presided at the show-cause hearing on June 5, 2009. Respondent failed to appear. On June 12, 2009, Judge Beck filed Findings and Recommendations, finding that the requirements for

summons enforcement had been satisfied and recommending that the summons be enforced. Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record *de novo* under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304. I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Regarding Petition to Enforce Tax Summons, filed June 12, 2009, are ADOPTED IN FULL.

2. The IRS summonses issued to respondent, Thomas Smith, are ENFORCED.

3. Respondent, Thomas Smith, is ORDERED to appear at the IRS offices at 625 North Akers Street, Visalia, California 93291, before Revenue Officer Dennis Stiffler or his designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set in writing by Revenue Officer Stiffler, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summonses, the examination to continue from day to day until completed.

IT IS SO ORDERED.

**Dated:   July 23, 2009**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE