LAWRENCE G. BROWN
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners United States of America
and Revenue Officer Dennis Stiffler

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>THOMAS SMITH,<br><br>　　　　　Respondent. | 1:09-cv-00584-LJO-SMS<br><br>**ORDER VACATING MANDATORY SCHEDULING CONFERENCE, DISMISSING CASE, AND CLOSING FILE**<br><br>**Taxpayer: THOMAS SMITH** |

The Court having reviewed Petitioners' Notice of Compliance, Request to Vacate Mandatory Scheduling Conference, Request to Dismiss Case and Suggestion to Close File, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference set for November 2, 2009, is vacated, and this case is dismissed and closed in its entirety.

IT IS SO ORDERED.

**Dated:   September 2, 2009**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE